IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**Northern Division**

| | | |
|---|---|---|
| CATHY McDERMOTT, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No:   1:09-cv-03460-RDB |
| CANGEN CORPORATION, *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## JOINT LINE WITHDRAWING MOTIONS FOR SANCTIONS WITHOUT PREJUDICE

Plaintiffs Cathy McDermott, Edwin C. Agbo, DVM, Ph.D., Minori Kinjo, Ph.D., Anne Derrick, Paul Lea, IV, M.S., Ph.D., Kwang Hoon "Joseph" Kim and Sun Taek Kim (collectively "Plaintiffs") and Defendants Cangen Corporation, Cangen Biotechnologies, Inc., and Cangen International (collectively, "Defendants"), by their undersigned counsel, hereby file their Joint Line Withdrawing Motions for Sanctions Without Prejudice.  Pending before the Court are two (2) Motions for Sanctions relating to discovery disputes, Plaintiffs' Motion for Sanctions against Defendants (Doc. No. 11) and Defendants' Motion for Sanctions against Plaintiffs (Doc. No. 17). Plaintiffs and Defendants hereby withdraw both motions without prejudice.

| | |
|---|---|
| /s/ Adam Cizek | /s/ Gregg C. Greenberg |
| Adam Cizek (Bar No. 27114) | Gregg C. Greenberg (Bar No. 17291) |
| David Stevens (Bar No. 29119) | Philip B Zipin (Bar No. 03932) |
| WHITEFORD, TAYLOR & PRESTON L.L.P. | THE ZIPIN LAW FIRM, LLC |
| Seven Saint Paul Street | 8493 Colesville Road #610 |
| Baltimore, Maryland 21202 | Silver Spring, Maryland 20910 |
| Telephone:  (410) 347-8700 | Telephone:   (301) 587-9373 |
| Facsimile:  (410) 223-3497 | Facsimile:   (301) 587-9397 |
| | |
| *Counsel for Defendants, Cangen Corp., Cangen Biotechnologies, Inc., and Cangen Int'l* | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of January, 2010, a copy of the foregoing Line was served via the Court's electronic notice system and/or via first class mail, postage prepaid, on:

>Philip B. Zipin, Esq.
>Greg C. Greenberg, Esq.
>THE ZIPIN LAW FIRM, LLC
>8403 Colesville Road, Suite 610
>Silver Spring, MD 20910
>
>*Counsel for Plaintiffs*
>
>
>Jerrold A. Thrope
>GORDON, FEINBLATT, ROTHMAN,
>HOFFBERGER & HOLLANDER, L.L.C.
>233 East Redwood Street
>Baltimore, Maryland 21202
>
>*Counsel for Defendants,*
>*Dr. Chulso Moon and Shin Young Moon*

>             /s/ Adam Cizek
>             Adam Cizek

*1884780*